# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

United States of America )
v. )
) Case No. 1:22mj529
)
JUSTIN M COOPER )
_Defendant_ ) Charging District's Case No. 8:22po4173

**FILED DEC 28 2022**

## WAIVER
### (Violation of Pretrial Release)

I understand that I have been charged with violating the conditions of pretrial release in a case pending in another district, the _(name of other court)_ _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the warrant and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant and warrant application.

[ ] a preliminary hearing.

[ ] a detention hearing.

[X] ~~an identity hearing, production of the warrant and warrant application, and any~~ preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Dec 27, 2022

_Defendant's signature_

_Signature of defendant's attorney_

Eugene Lester
_Printed name of defendant's attorney_