Case title: USA v. COOPER           Date Filed: 12/27/2022

Other court case number: 8:22PO4173 District of Maryland

Assigned to: MAG/JUDGE L. PATRICK AULD

**Defendant (1)**

| | | |
|---|---|---|
| **JUSTIN M COOPER** | represented by | **EUGENE E. LESTER , III**<br>LESTER LAW<br>400 BELLMEADE ST.<br>SUITE 702<br>GREENSBORO, NC 27401<br>336−522−6850<br>Fax: 336−522−6859<br>Email: elester@lesterlawgroup.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Arrest | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **CLIFTON THOMAS BARRETT**<br>U. S. ATTORNEY'S OFFICE – MDNC<br>101 S. EDGEWORTH ST., 4TH FLOOR<br>GREENSBORO, NC 27401<br>336–333–5351<br>Email: cliff.barrett@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: United States Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/27/2022 | | | Arrest (Rule 5) of JUSTIN M COOPER. (Kemp, Donita) (Entered: 12/27/2022) |
| 12/27/2022 | | | Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to JUSTIN M COOPER held on 12/27/2022. Defendant advised of rights and charges. Defendant to be transported in custody to the District of Maryland for further proceedings. (AUSA Clifton Barrett; Counsel for defendant Eugene Lester; Proceedings Recorded) (Kemp, Donita) (Entered: 12/27/2022) |
| 12/27/2022 | | | Oral Motion for Detention by USA as to JUSTIN M COOPER. (Kemp, Donita) (Entered: 12/27/2022) |
| 12/28/2022 | 1 | | SEALED FINANCIAL AFFIDAVIT by JUSTIN M COOPER. (Hicks, Samantha) (Entered: 12/28/2022) |
| 12/28/2022 | 2 | | ORDER appointing CJA Panel Attorney EUGENE E. LESTER, III for JUSTIN M COOPER. Signed by MAG/JUDGE L. PATRICK AULD on 12/27/2022. (Hicks, Samantha) (Entered: 12/28/2022) |
| 12/28/2022 | 3 | | WAIVER by JUSTIN M COOPER. (Hicks, Samantha) (Entered: 12/28/2022) |
| 12/28/2022 | 4 | | COMMITMENT TO ANOTHER DISTRICT as to JUSTIN M COOPER. Defendant committed to District of DISTRICT OF MARYLAND. Signed by MAG/JUDGE L. PATRICK AULD on 12/27/2022. (Hicks, Samantha) (Entered: 12/28/2022) |

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: CLIFTON THOMAS BARRETT (caseview.ecf@usdoj.gov,
cliff.barrett@usdoj.gov, laurie.lochner@usdoj.gov, tricia.crews@usdoj.gov,
usancm.ecfcriminal@usdoj.gov), MAG/JUDGE L. PATRICK AULD
(david_levintow@ncmd.uscourts.gov, judge_auld@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, sinead_o'doherty@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3737393@ncmd.uscourts.gov
Subject:Activity in Case 1:22-mj-00529-LPA USA v. COOPER Oral Motion
```
Content−Type: text/html

# U.S. District Court

## North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 12/27/2022 at 2:55 PM EST and filed on 12/27/2022

| | |
|---|---|
| **Case Name:** | USA v. COOPER |
| **Case Number:** | 1:22−mj−00529−LPA |
| **Filer:** | USA |
| **Document Number:** | No document attached |

**Docket Text:**
**Oral Motion for Detention by USA as to JUSTIN M COOPER. (Kemp, Donita)**

**1:22−mj−00529−LPA−1 Notice has been electronically mailed to:**

CLIFTON THOMAS BARRETT &nbsp &nbsp cliff.barrett@usdoj.gov, CaseView.ECF@usdoj.gov, laurie.lochner@usdoj.gov, tricia.crews@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:22−mj−00529−LPA−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: CLIFTON THOMAS BARRETT (caseview.ecf@usdoj.gov,
cliff.barrett@usdoj.gov, laurie.lochner@usdoj.gov, tricia.crews@usdoj.gov,
usancm.ecfcriminal@usdoj.gov), MAG/JUDGE L. PATRICK AULD
(david_levintow@ncmd.uscourts.gov, judge_auld@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, sinead_o'doherty@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov), U. S. Marshal's Office
(breanna.wilton@usdoj.gov, ecf.usmsncm@usdoj.gov, jeannie.helms@usdoj.gov,
jessica.williams2@usdoj.gov, michael.montalvo@usdoj.gov)
--No Notice Sent:

Message-Id:3737357@ncmd.uscourts.gov
Subject:Activity in Case 1:22-mj-00529-LPA USA v. COOPER Arrest - Rule 5
Content-Type: text/html
```

# U.S. District Court

## North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 12/27/2022 at 2:24 PM EST and filed on 12/27/2022

| | |
|---|---|
| **Case Name:** | USA v. COOPER |
| **Case Number:** | <u>1:22−mj−00529−LPA</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of JUSTIN M COOPER. (Kemp, Donita)**

**1:22−mj−00529−LPA−1 Notice has been electronically mailed to:**

CLIFTON THOMAS BARRETT &nbsp &nbsp cliff.barrett@usdoj.gov, CaseView.ECF@usdoj.gov, laurie.lochner@usdoj.gov, tricia.crews@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:22−mj−00529−LPA−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: CLIFTON THOMAS BARRETT (caseview.ecf@usdoj.gov,
cliff.barrett@usdoj.gov, laurie.lochner@usdoj.gov, tricia.crews@usdoj.gov,
usancm.ecfcriminal@usdoj.gov), MAG/JUDGE L. PATRICK AULD
(david_levintow@ncmd.uscourts.gov, judge_auld@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, sinead_o'doherty@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:3737391@ncmd.uscourts.gov
Subject:Activity in Case 1:22-mj-00529-LPA USA v. COOPER Initial Appearance - Rule 5
Content-Type: text/html
```

# U.S. District Court

# North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 12/27/2022 at 2:54 PM EST and filed on 12/27/2022

| | |
|---|---|
| **Case Name:** | USA v. COOPER |
| **Case Number:** | <u>1:22−mj−00529−LPA</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to JUSTIN M COOPER held on 12/27/2022. Defendant advised of rights and charges. Defendant to be transported in custody to the District of Maryland for further proceedings. (AUSA Clifton Barrett; Counsel for defendant Eugene Lester; Proceedings Recorded) (Kemp, Donita)**

**1:22−mj−00529−LPA−1 Notice has been electronically mailed to:**

CLIFTON THOMAS BARRETT &nbsp &nbsp cliff.barrett@usdoj.gov, CaseView.ECF@usdoj.gov, laurie.lochner@usdoj.gov, tricia.crews@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:22−mj−00529−LPA−1 Notice will not be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) MDNC 1:22mj529
) DMD 8:22po4173
JUSTIN M COOPER )

**ORDER**

The defendant having demonstrated eligibility for appointment of counsel at government expense, CJA Panel Attorney Eugene E. Lester III is directed to provide representation in this action.

                                      /s/ L. Patrick Auld
                                      **L. Patrick Auld**
                                **United States Magistrate Judge**

Date: December 27, 2022

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED
DEC 2 8 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By: ___

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:22mj529 |
| ) | |
| JUSTIN M COOPER ) | Charging District's Case No. 8:22po4173 |
| Defendant ) | |

## WAIVER
### (Violation of Pretrial Release)

I understand that I have been charged with violating the conditions of pretrial release in a case pending in another district, the *(name of other court)* _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the warrant and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

[☒] an identity hearing and production of the warrant and warrant application.

[ ] a preliminary hearing.

[ ] a detention hearing.

[☒] ~~an identity hearing, production of the warrant and warrant application, and any~~ preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Dec 27, 2022

_____
Defendant's signature

_____
Signature of defendant's attorney

Eugene Lester
_____
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:22mj529 |
| ) | |
| JUSTIN M COOPER ) | Charging District's |
| *Defendant* ) | Case No. 8:22po4173 |

FILED DEC 28 2022 IN THIS OFFICE Clerk U.S. District Court Greensboro

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Maryland  ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:
_____ .

The defendant:   ☐ will retain an attorney.

   X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  December 27, 2022         /s/ L. Patrick Auld
                                    *Judge's signature*

                                    L. Patrick Auld, United States Magistrate Judge
                                    *Printed name and title*